UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:97-cr-55-T-23TBM

EMILEA CAMILLE
_____/

**ORDER**

The United States Probation Office submitted an August 24, 2008, petition (Doc. 60) for revocation of the defendant's supervised release. On September 2, 2008, the court conducted a hearing at which the defendant was present with counsel, Assistant Federal Public Defender Dionja Dyer, and the United States was represented by Assistant United States Attorney Arthur Lee Bentley, III.[1]

The defendant admits violating the terms of his supervised release and is adjudicated **GUILTY** of the violation. Supervision is **REVOKED BUT REINSTATED** and shall continue under the previously applicable conditions, plus the following special condition:

> The defendant shall participate in a mental health treatment program and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall be required to contribute to the costs of services for such treatment in an amount determined

---

[1] The defendant pleded guilty to three counts of violating 21 U.S.C. § 814(a)(1), and on October 24, 1997, the court imposed a one hundred twenty-one month term of imprisonment and a five year term of supervised release.

reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

ORDERED in Tampa, Florida, on September 4, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   United States Marshal
      United States Probation
      Counsel of Record