# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Supervised Release) |
| EMILEA CAMILLE | Case Number: 8:97-cr-55-T-23TBM |
| | USM Number: 21149-018 |
| | Defendant's Attorney: Mauricio Hued, AFPD |

The defendant admits committing, and is adjudicated guilty of committing, the violation described in numbered paragraph **two** of the September 21, 2009, petition (Doc. 65). After denying guilt, the defendant was found guilty of committing the violations charged in numbered paragraphs **one, three, and four** of the September 21, 2009, petition.

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | New criminal conduct, gambling | 08/27/09 |
| Two | Failure to submit written monthly reports | 09/05/09 |
| Three | Association with person convicted of a felony | 08/27/09 |
| Four | Association with persons engaged in criminal activity | 08/27/09 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 16, 2009
Date of Imposition of Sentence

*/s/ Steven D. Merryday*
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

November 16th, 2009
Date

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **ELEVEN (11) MONTHS.**

___ The court recommends to the Bureau of Prisons:

_X_ The defendant is remanded to the custody of the United States Marshal.

___ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.   p.m. on _____.

    ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


                        UNITED STATES MARSHAL

By _____
            DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

No term of supervision is imposed.

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation:  Sheet 3 - Supervised Release

DEFENDANT: EMILEA CAMILLE  
CASE NUMBER: 8:97-cr-55-T-23TBM

Judgment - Page 3 of 3